Irene GILL, Appellant,

v.

James FELTS, Appellee.

No. 5111.

United States Court of Appeals
Tenth Circuit.

Sept. 20, 1955.

Worth B. McCauley, Bristow, Okl.
(Walter N. Jones, Bristow, Okl., on the
brief), for appellant.

Duke Duvall, Oklahoma City, Okl.
(Dudley, Duvall & Dudley, Oklahoma
City, Okl., on the brief), for appellee.

Before BRATTON, MURRAH, and
PICKETT, Circuit Judges.

PER CURIAM.

Judgment in the sum of $3,000 was
entered herein against the defendants
Clyde Woodrow Gill and Irene Gill, hus-
band and wife. Irene Gill appealed.
Clyde Woodrow Gill did not. The judg-
ment has been paid in full. A satisfac-
tion thereof is in the record and its va-
lidity is not questioned. Accordingly,
the appeal is

Dismissed.

Spencer GRANT, Executor of the Last
Will and Testament of Blanche Kelle-
her Grant, Deceased, Appellant and Ap-
pellee,

v.

James G. SMYTH, Former Collector of In-
ternal Revenue, Appellee and
Appellant.

No. 14549.

United States Court of Appeals
Ninth Circuit.

Oct. 25, 1955.

Henry V. Colby, Edgar T. Zook, Mc-
Keon & Colby, San Francisco, Cal., for
appellant.

H. Brian Holland, Asst. Atty. Gen.,
Robert N. Anderson, Morton K. Roths-
child, Ellis N. Slack, Sp. Asst. to Atty.
Gen., Lloyd H. Burke, U. S. Atty., George
A. Blackstone, Asst. U. S. Atty., San
Francisco, Cal., for appellee.

Before LEMMON, FEE and CHAM-
BERS, Circuit Judges.

PER CURIAM.

Agreeing with both the views and the
language of District Judge Hamlin, we
adopt as our own both the reasoning and
the language of the opinion below, 123
F.Supp. 771.

The judgment is affirmed.

John HOOKS, Appellant,

v.

William H. HARDWICK, Warden, United
States Penitentiary, Atlanta,
Georgia, Appellee.

No. 15696.

United States Court of Appeals
Fifth Circuit.

Oct. 19, 1955.

John Hooks, in pro. per.

James W. Dorsey, U. S. Atty., Har-
vey H. Tisinger, Asst. U. S. Atty., At-
lanta, Ga., for appellee.

Before HUTCHESON, Chief Judge,
and BORAH and CAMERON, Circuit
Judges.

PER CURIAM.

The judgment is affirmed. Aderhold
v. Hudson, 5 Cir., 84 F.2d 559; Zerbst
v. Kidwell, 304 U.S. 359, 58 S.Ct. 872,
82 L.Ed. 1399.